
FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **ANGELO DAHLIA**, | No. 10-55978 |
| Plaintiff - Appellant, | D.C. No. 2:09-CV-08453-MMM-JEM |
| v. | |
| **OMAR RODRIGUEZ, individually and as a Lieutenant of the Burbank Police Department; EDGAR PENARANDA, individually and as a Sergeant of the Burbank Police Department; JOSE DURAN, individually and as a Sergeant of the Burbank Police Department; CHRIS CANALES, individually and as a Detective of the Burbank Police Department; CITY OF BURBANK, a municipal corporation; JOHN MURPHY, individually and as a Lieutenant of the Burbank Police Department**, | ORDER |
| Defendants - Appellees, | |
| and | |
| **TIM STEHR, individually**, | |
| Defendant. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.